EMMA J. RAUB, Appellant, *v.* THE NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Argued June 5, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an

order made the second Monday of February, 1888, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court, and affirmed an order denying a motion for a new trial.

*G. A. Clement* for appellant.

*William B. Hornblower* for respondent.

Agree to affirm; no opinion.
All concur, except VANN and BROWN, JJ., not sitting.
Judgment affirmed.